# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION,

    Plaintiff,

v.                                      Case No: 8:12-cv-1813-T-30TBM

DIANA PEARL, an individual doing
business as PEARL APPRAISAL
SERVICES,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Defendant's Rule 37 Motion for Sanctions and Alternative Request for Continuance of Trial for Pearl to Conduct Discovery (Dkt. #69) and Proposed Intervenor Navigators Insurance Company's Motion to Intervene for the Limited Purpose of Seeking a Stay and Accompanying Motion to Stay (Dkt. # 68). Having heard arguments from counsel and upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Defendant's Rule 37 Motion for Sanctions and Alternative Request for Continuance of Trial for Pearl to Conduct Discovery (Dkt. #69) is GRANTED in part and DENIED in part.

2. Defendant's Motion to Continue Trial is GRANTED. The Jury Trial is re-scheduled for the March 2014 trial calendar.

3. Defendant may depose Robert Hutchins, Desiree Brown, Teresa Kelly and Federal Deposit Insurance Corporation's Rule 30(b)(6) witness.

4. Defendant's request for dismissal of Federal Deposit Insurance Corporation's Amended Complaint, striking its pleadings and monetary sanctions are DENIED.

5. Proposed Intervenor Navigators Insurance Company's Motion to Intervene for the Limited Purpose of Seeking a Stay and Accompanying Motion to Stay (Dkt. # 68) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of November, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

S:\Odd\2012\12-cv-1813 motion for sanctions and intervention.docx

2