**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Case No.: 8:12-cv-1813-JSM-TBM

FEDERAL DEPOSIT INSURANCE
CORPORATION as Receiver for COLONIAL
BANK,

    Plaintiff,

vs.

DIANA PEARL, an individual doing business as
PEARL APPRAISAL SERVICES,

    Defendant.

## ORDER OF DISMISSAL

THIS CAUSE came on before the Court upon the Joint Stipulation of Dismissal With Prejudice (Dkt. #87) by Plaintiff, FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR COLONIAL BANK ("FDIC-R"), and Defendant, Diana Pearl, an individual doing business as PEARL APPRAISAL SERVICES ("Defendant"). After having reviewed the Stipulation, and being otherwise fully advised in the matter, it is hereby:

ORDERED AND ADJUDGED:

1. This case is hereby dismissed with prejudice.

2. Each party to bear its own fees and costs.

3. The Court shall retain jurisdiction to enforce the Parties' Settlement Agreement for a period of thirty (30) days.

DONE AND ORDERED at Tampa, Florida on this 13th day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-1813 dismissal order.docx